UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARCUS D. WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:21-cv-00215-JPH-MG |
| T. J. WATSON Warden of USP Terre Haute, U.S. ATTORNEY GENERAL, U.S. PROSECUTOR OF SAN ANTONIO, TX, | ) |
| Defendants. | ) |

**ORDER DENYING MOTION TO WAIVE REMAINING APPELLATE FEE**

Plaintiff Marcus D. Wright, a prisoner confined to the McCreary U.S. Penitentiary, filed this civil action alleging constitutional violations relating to being housed with his former co-defendant. Dkt. 6. Mr. Wright's complaint was ultimately dismissed based on his failure to pay the filing fee. Dkt. 15.

Mr. Wright filed a notice of appeal and a motion for leave to proceed on appeal *in forma pauperis*. Dkts. 17, 21. The Court denied the motion, finding that Mr. Wright was ineligible to proceed *in forma pauperis* under 28 U.S.C. § 1915(g). Dkt. 23. The Court of Appeals dismissed the appeal when Mr. Wright did not pay the full filing fee, and it ordered this Court to issue a collection order to collect the $505.00 fee. Dkt. 25 (Seventh Circuit Mandate); dkt. 26 (Collection Order).

Now, three years later, Mr. Wright has filed a motion to waive the rest of the appellate filing fee, dkt. [39], stating that he cannot pay the remaining

1

balance of $150.00 still owed to the Court. Mr. Wright states that payment towards the appellate filing fee in this matter has prohibited him from being able to pay for filing fees in other districts. Dkt. 39 at 3.

Mr. Wright's motion to waive the remainder of the appellate filing fee, dkt [39], is **denied.** This Court does not have discretion to take the action Mr. Wright requests. This is because the filing fee is incurred at the time the notice of appeal is filed. *Newlin v. Helman,* 123 F.3d 429, 434 (7th Cir. 1997) (noting that the obligation to pay the filing fee "is incurred by filing a notice of appeal; it cannot be avoided by dismissing the appeal, or by failing to pay when the fees are due."). Accordingly, the Court cannot now waive the fee, even though Mr. Wright's appeal was dismissed for failure to pay the filing fee.

**SO ORDERED.**

Date: 12/11/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MARCUS D. WRIGHT
24986-380
MCCREARY - USP
MCCREARY U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3000
PINE KNOT, KY 42635